486

810 A.2d 112

Lori TAYLOR, In her Own Right and as Parent and
Natural Guardian of Ryan E. Taylor, A Minor,

v.

The WASHINGTON HOSPITAL, Paul Wodlinger, M.D., Edward
Foley, M.D., Individually and T/D/B/A Pediatric Associates
of Washington, and Children's Hospital of Pittsburgh,

Petition of Paul Wodlinger, M.D. and Edward Foley,
M.D., Individually and T/D/B/A/ Pediatric
Associates of Washington.

Supreme Court of Pennsylvania.

Nov. 6, 2002.

## ORDER

AND NOW, this 6th day of November, 2002, the Petitions
for Allowance of Appeal are hereby **GRANTED, LIMITED** to
the following issue:

Whether Pa.R.C.P. 238(a)(2) places a cap on the time period
which must be excluded in the calculation of delay damages
under Rule 238(b)(2).

810 A.2d 113

LORI TAYLOR, In her Own Right and as Parent and
Natural Guardian of Ryan E. Taylor, A Minor,

v.

The WASHINGTON HOSPITAL, Paul Wodlinger, M.D., Edward
Foley, M.D., Individually and t/d/b/a Pediatric Associates of
Washington, and Children's Hospital of Pittsburgh.

Petition of The Washington Hospital.

Supreme Court of Pennsylvania.

Nov. 6, 2002.

## *ORDER*

AND NOW, this 6th day of November, 2002, the Petitions for Allowance of Appeal are hereby **GRANTED, LIMITED** to the following issue:

Whether Pa.R.C.P. 238(a)(2) places a cap on the time period which must be excluded in the calculation of delay damages under Rule 238(b)(2).

810 A.2d 113

**WEST MIFFLIN AREA SCHOOL DISTRICT**

**v.**

**BOARD OF PROPERTY ASSESSMENT, APPEALS AND REVIEW OF ALLEGHENY COUNTY, Pennsylvania,**

**Petition of Tech One Associates.**

Supreme Court of Pennsylvania.

Nov. 7, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of November, 2002, the Petition for Allowance of Appeal is hereby **GRANTED** limited to the following issue:

Whether the holder of a commercial sub-lease that obligates the sub-lessee to pay the real estate taxes has standing to challenge a tax assessment.